UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATRINA MAYER, | ) | CASE NO. C2 07 791 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Marbley |
| v. | ) | Magistrate Judge Abel |
| | ) | |
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY BENEFITS COMMITTEE, | ) ) ) ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

The parties hereby agree that Plaintiff's claims against The Western and Southern Life Insurance Company Benefits Committee should be dismissed with prejudice as they have been settled. Each party to bear their own costs.

16 May 2008
DATE

_____
United States District Judge

APPROVED:

_____
Ethan Vessels (0076277
Fields Dehmlow & Vessels
309 Second Street, P.O. Box 710
Marietta, Ohio 45650
Telephone   (740) 374-5346
Facsimile:   (740) 374-5349
ethan@fieldsdehmlow.com

Attorney for Plaintiff Katrina Mayer

_____
F. James Foley, Trial Attorney (0025323)
Michael J. Settineri (0073369)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5411
Facsimile: (614) 719-4717
fjfoley@vssp.com

Attorneys for Defendant The Western and Southern Life Insurance Company Benefits Committee

04/11/2008 - 10366943